UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MAZON,<br><br>  Plaintiff,<br><br>  v.<br><br>RADU, et al.,<br><br>  Defendants. | No.  2:25-cv-0554 CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 7) is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  March 31, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
mazo0554.36

1