UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MAZON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RADU, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-0554 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　On March 31, 2025, plaintiff's complaint was dismissed with leave to amend. Plaintiff was warned that failure to file an amended complaint before the expiration of the deadline for doing so would result in a recommendation that this action be dismissed without prejudice. The time for filing an amended complaint has expired. Plaintiff has not filed an amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 13, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

.

1
mazo0554.fta